# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2227

_____

United States of America

*Plaintiff - Appellee*

v.

Milton Lewis Poole, III

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: January 30, 2017
Filed: February 8, 2017
[Unpublished]

_____

Before SMITH, ARNOLD, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

After pleading guilty to conspiring to distribute a controlled substance, Milton Poole appeals the district court's[1] below-Guidelines sentence. His counsel has moved

_____

[1]The Honorable Karen Schreier, United States District Judge for the District of South Dakota.

to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable.

We find that the district court did not abuse its discretion, as it imposed the below-Guidelines sentence after considering the 18 U.S.C. § 3553(a) factors, specifically mentioning Mr. Poole's history of violating probation, his musical aspirations, and the effect of his crimes on the community. See United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (under substantive-reasonableness test, district court abuses its discretion if it fails to consider relevant § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing factors); United States v. Moore, 581 F.3d 681, 684 (8th Cir. 2009) (per curiam) ("[W]here a district court has sentenced a defendant below the advisory guidelines range, it is nearly inconceivable that the court abused its discretion in not varying downward still further."). Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal.

Accordingly, we affirm the judgment and grant counsel's motion to withdraw.

_____